George FERGUSON v. STATE.

I Div. 229.

Court of Appeals of Alabama.
April 14, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

BRICKEN, Presiding Judge.
Appeal dismissed.

170 So. 925
J. T. (alias John Thomas) FALLON v. STATE.

I Div. 235.

Court of Appeals of Alabama.
Oct. 27, 1936.

174 So. 899
Elvis FLEMING v. STATE.

8 Div. 515.

Court of Appeals of Alabama.
May 25, 1937.

RICE, Judge.
Affirmed.

BRICKEN, Presiding Judge.
Affirmed.

164 So. 917
Lewis FENN v. STATE.

4 Div. 132.

Court of Appeals of Alabama.
Nov. 12, 1935.

165 So. 916
Stevens FLETCHER v. STATE.

8 Div. 270.

Court of Appeals of Alabama.
Feb. 4, 1936.

SAMFORD, Judge.
Appeal dismissed.

RICE, Judge.
Affirmed.

171 So. 922
Edward FERGUSON v. STATE.

6 Div. 21.

Court of Appeals of Alabama.
Dec. 15, 1936.

167 So. 920
Posey FLOYD v. STATE.

8 Div. 271

Court of Appeals of Alabama.
Feb. 25, 1936.

RICE, Judge.
Appeal dismissed.

BRICKEN, Presiding Judge.
Affirmed.